UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>JORGE ARMANDO QUINONES,<br><br>        Defendant. | Case No. 2:24-mj-00646-MDC<br><br>ORDER |

     IT IS ORDERED that the Status Hearing currently scheduled for August 21, 2025 at 1:30 p.m., be vacated and continued to  September 25, 2025 at the hour of  1 : 30  p .m.

     DATED this 20th day of August, 2025.

                                                                         _____<br>
                                                                         UNITED STATES MAGISTRATE JUDGE

3