UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

JORGE ARMANDO QUINONES,

        Defendant.

Case No. 2:24-mj-00646-MDC

ORDER

      IT IS ORDERED that the Status Hearing currently scheduled for September 25, 2025 at 1:30 p.m., be vacated and continued to  October 30, 2025  at the hour of   1 :30   p .m.

      DATED this  24  day of September, 2025.

                                                  UNITED STATES MAGISTRATE JUDGE