# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:24-mj-00646-MDC |
| Plaintiff, | **Order** |
| v. | |
| Jorge Armando Quinones, | |
| Defendant. | |

The Court finds that Mr. Quinones has completed the special conditions of his unsupervised probation in accordance with his plea agreement and sentence.

IT IS THEREFORE ORDERED that the status conference set for October 30, 2025 at 1:30 p.m. is vacated.

DATED this <u>28th</u> day of October, 2025.

_____
UNITED STATES MAGISTRATE JUDGE